# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:20-cv-4 | ROGERS v FIFTH THIRD BANK NA | 06/23/2020 |

**PARTIES**      Attendees

| Name | On Behalf Of |
|---|---|
| Phillip Rogers | Plaintiff |
| Ellen Maniaci | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Phillip Rogers | Plaintiff |
| J. Travis Mihelick | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:   ☑ Case settled in full - Final paperwork will be filed by:
         ☐ Mediation continuing - Date of Next Session    **Parties to file stipulated**
         ☐ Not settled - Mediation Completed              **Order of Dismissal with**
                                                          **prejudice-without costs**

Dated: June 23, 2020                    Craig R. Noland
                                        _____
                                        Craig R. Noland
                                        Mediator