# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PHILLIP C. ROGERS,

  Plaintiff,

v.

FIFTH THIRD BANK, N.A.,

  Defendant.

         Case No.: 1:20-cv-00004
         Hon. Janet T. Neff

_____

## STIPULATED ORDER OF DISMISSAL
_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, the parties having stipulated to the dismissal of the above-referenced cause of action with prejudice and without costs, interest or attorney fees to any party, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED,** that the above entitled cause of action is dismissed in its entirety with prejudice and without costs, interest or attorney fees to any party.

***THIS IS A FINAL ORDER AND CLOSES THE CASE***


Date:_____    _____
                 Hon. Janet T. Neff

*I hereby stipulate to the entry of the above*
*order and waive notice of entry of the same*


*/s/ Phillip C. Rogers*
By: Phillip C. Rogers (P34356)
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546
(616) 776-1176
Consumerlawyer@aol.com
*Plaintiff*


*/s/  J. Travis Mihelick*
By: J. Travis Mihelick (P73050)
Dinsmore & Shohl, LLP
900 Wilshire Drive, Suite 300
Troy, Michigan 48084
(248) 203-1655 / (248) 647-5210 Fax
travis.mihelick@dinsmore.com
*Attorneys for Defendant*