UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

    Plaintiff,

Case No.: 1:20-cv-00004
Hon. Janet T. Neff

v.

FIFTH THIRD BANK, N.A.,

    Defendant.

_____

**STIPULATED ORDER OF DISMISSAL**
_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, the parties having stipulated to the dismissal of the above-referenced cause of action with prejudice and without costs, interest or attorney fees to any party, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED,** that the above entitled cause of action is dismissed in its entirety with prejudice and without costs, interest or attorney fees to any party.

*THIS IS A FINAL ORDER AND CLOSES THE CASE*

Date:   July 23, 2020

    /s/ Janet T. Neff
    Hon. Janet T. Neff

*I hereby stipulate to the entry of the above order and waive notice of entry of the same*


/s/ Phillip C. Rogers
By: Phillip C. Rogers (P34356)
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546
(616) 776-1176
Consumerlawyer@aol.com
*Plaintiff*


/s/  J. Travis Mihelick
By: J. Travis Mihelick (P73050)
Dinsmore & Shohl, LLP
900 Wilshire Drive, Suite 300
Troy, Michigan 48084
(248) 203-1655 / (248) 647-5210 Fax
travis.mihelick@dinsmore.com
*Attorneys for Defendant*